# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SUNG HO PARK,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN KIMBERLY HOLLAND,<br><br>    Respondent. | No. LA CV 16-03960-VBF-LAL<br><br>ORDER<br><br>Overruling Park's Objections;<br>Adopting the R&R;<br>Denying the Habeas Petition;<br>Directing Entry of Judgment;<br>Terminating the Case (JS-6) |

The Court has reviewed the 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus, *see* CM/ECF Document ("Doc") 1, respondent's answer (Doc 13) and lodged documents (Doc 14), petitioner's traverse (Doc 19), Magistrate Judge Lamothe's well-reasoned Report & Recommendation ("R&R") (Doc 22), petitioner's timely objections (Doc 25), and the applicable law. **"As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the . . . R&R."** *Rael v. Foulk*, 2015 WL 4111295, *1 (C.D. Cal. July 7, 2015), *COA denied*, No. 15-56205 (9th Cir. Feb. 18, 2016).

**"The Court finds discussion of [the] objections to be unnecessary on this record.** The Magistrates Act 'merely requires the district judge to make a de novo determination of those portions of the report or specified proposed findings or recommendation to which

objection is made.'"  It does not require the district judge to provide a written explanation of the reasons for rejecting objections.  *See MacKenzie v. Calif. AG*, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016) (quoting *US v. Bayer AG*, 639 F. App'x 164, 168-69 (4th Cir. 2016) (per curiam) ("The district court complied with this requirement.  Accordingly, we find no procedural error in the district court's decision not to address specifically Walterspiel's objections.")).  "This is particularly true where, as here, the objections are plainly unavailing."  *Smith v. Calif. Jud. Council*, 2016 WL 6069179, *2 (C.D. Cal. Oct. 17, 2016).

Accordingly, the Court will accept the Magistrate Judge's factual findings and legal conclusions and implement her recommendations.

## ORDER

Petitioner's objection **[Doc # 25] is OVERRULED.**

The Report and Recommendation **[Doc # 22] is ADOPTED.**

The petition for a writ of habeas corpus **[Doc # 1] is DENIED.**

Final judgment consistent with this order will be entered separately as required by Fed. R. Civ. P. 58(a).  *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6).**

Dated:  June 25, 2018

_____
Hon. Valerie Baker Fairbank
Senior United States District Judge