JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

|  |  |
|---|---|
| SUNG HO PARK,<br><br>              Petitioner,<br><br>    v.<br><br>WARDEN KIMBERLY HOLLAND,<br><br>              Respondent. | No. LA CV 16-03960-VBF-LAL<br><br>**JUDGMENT** |

    **Final judgment is hereby entered in favor of respondent and against petitioner Sung Ho Park.** IT IS SO ADJUDGED.

Dated: June 25, 2018

_Valerie Baker Fairbank_
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge